UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HORACE ALEXANDER                                                          CIVIL ACTION

VERSUS                                                                    NO. 05-2423

TANGIPAHOA PARISH SHERIFF                                                 SECTION "A" (2)
DEPT. ET AL.

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and plaintiff's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE** insofar as it asserts claims under federal law as legally frivolous and/or for failure to state a claim under 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1).

**IT IS FURTHER ORDERED** that plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** insofar as it asserts claims under state law.

New Orleans, Louisiana, Wednesday, October 25, 2006.

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE